IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DELRICK JAMES WILLIAMS, #16559-075 | § | |
| VS. | § | CIVIL ACTION NO. 9:07cv75 |
| | | CRIM. NO. 9:02cr48(02) |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that Williams' motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 should be denied. Williams has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Williams to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections by Williams are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Williams' motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions not previously ruled on are hereby **DENIED**.

**SIGNED** this the 16 day of **August, 2007.**

_____
Thad Heartfield
United States District Judge